UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

October 10, 2013

## LETTER ORDER

**Re:** *Arowsaye v. Township of Belleville, et al.*
 <u>Civil Action No. 13-4303 (ES) (JAD)</u>

Dear Counsel:

Pending before this Court is Plaintiff's motion to remand this matter to the Superior Court of New Jersey, Law Division, Essex County Vicinage, pursuant to 28 U.S.C. § 1447. (D.E. No. 4). On September 24, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation ("R&R") recommending that this Court grant Plaintiff's motion to remand. (D.E. No. 7).

Pursuant to L. Civ. R. 72.1(c)(2 ), parties have fourteen days to file and serve any objections to the R&R. To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 10th day of October 2013,

ORDERED that this Court adopts Magistrate Judge Dickson's September 24, 2013 R&R in full, and thus grants Plaintiff's motion to remand; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 4 and 7; and it is further

ORDERED that the Clerk of Court close this case.

**SO ORDERED.**

                                         *s/Esther Salas*
                                         **Esther Salas, U.S.D.J**